**SO ORDERED.**

**SIGNED this 4th day of November, 2016.**



BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Cox Motor Express of | ) | Case No. 14-10468 |
| Greensboro, Inc., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| James C. Lanik | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 15-02023 |
| | ) | |
| James W. Smith, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING PLAINTIFF'S MOTIONS IN LIMINE

This adversary proceeding came before the Court for hearing on October 18, 2016 on the motions in limine [Doc. #'s 64, 65] (collectively, "Motions in Limine") filed on September 19, 2016, by James C. Lanik ("Plaintiff" or "Trustee"), as chapter 7 trustee for Cox Motor Express of Greensboro, Inc. ("Debtor"). James W. Smith, Jr. ("Defendant") filed a Response to

Plaintiff's Motions in Limine [Doc. #68] ("Defendant's Response") on September 28, 2016. For reasons set forth in the Court's Memorandum Opinion Granting Plaintiff's Motions in Limine,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Plaintiff's Motions in Limine are granted as provided herein;

2. Any evidence of Debtor's solvency, including evidence of value, offered by Defendant at trial to the extent such evidence contradicts or supplements Debtor's schedules filed in this case shall be excluded for purposes of trial;

3. All loans and loan repayments reflected in Defendant's Exhibit 1 ("Transfer Table"), as supplemented by Defendant prior to summary judgment, not labeled "disputed" are established as facts for purposes of trial; and

4. Defendant shall not be permitted to offer expert testimony at trial.

[End of Document]

PARTIES TO BE SERVED

**James C. Lanik**
Chapter 7 Trustee
P.O. Box 1550
High Point, NC 27261

**Andrew D. Irby**
Roberson Haworth & Reese, PLLC
P.O. Box 1550
High Point, NC 27261

**James W. Smith, Jr.**
4601 Schoolway Drive
Greensboro, NC 27406

**Norman B. Smith**
Smith, James, Rowlett & Cohen, LLP
Suite 310
101 S. Edgeworth St.
Greensboro, NC 27401

**William P. Miller**
Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401